| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McHugh, Carolyn B. | 2. Court or Organization<br><br>10th Circuit Court of Appeals | 3. Date of Report<br><br>05/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full Time - Appellate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>125 South State Street<br>4201 Federal Building<br>Salt Lake City, Utah 84138-1122 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | State of Utah - Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Sentry Financial Corporation - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Cash Accounts | A | Interest | M | T | | | | | |
| 2. Assoc. Fed. Employees Credit Union Cash Account | A | Interest | M | T | | | | | |
| 3. Voya Whole Life | A | Interest | M | T | | | | | |
| 4. 401(k) #1 | | | | | | | | | |
| 5. -Invesco Stable Value Fund | C | Int./Div. | M | T | | | | | |
| 6. -Janus Triton N | D | Int./Div. | M | T | | | | | |
| 7. -Virtus Real Estate Securities 1 | E | Int./Div. | M | T | | | | | |
| 8. -American Funds Washington Mut. R5 | E | Int./Div. | N | T | | | | | |
| 9. -Black Rock Equity Dividend Inst 1 | E | Int./Div. | N | T | | | | | |
| 10. -JP Morgan Large Cap Growth R5 | E | Int./Div. | N | T | | | | | |
| 11. -Mainstay Large Cap Growth-1 | E | Int./Div. | N | T | | | | | |
| 12. -American Beacon Small Cap Val Inst | E | Int./Div. | M | T | | | | | |
| 13. -T. Rowe Price International Discove | C | Int./Div. | L | T | | | | | |
| 14. -Franklin Mutual Global Discovery Z | C | Int./Div. | L | T | | | | | |
| 15. -American Funds Europacific Growth R5 | D | Int./Div. | M | T | | | | | |
| 16. -Prudential Total Return Bond Z | D | Int./Div. | N | T | | | | | |
| 17. -Oppenheimer Developing Markets Y | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Zions CashAccounts | C | Interest | O | T | | | | | |
| 19. Chase Cash Accounts | A | Interest | N | T | | | | | |
| 20. Utah Educational Savings Plan Accounts | A | Int./Div. | J | T | | | | | |
| 21. Health Savings Account | A | Interest | K | T | | | | | |
| 22. Sentry 401(k) - Principal SAM Conservative Growth R3 (USD) (PCGPX)(X) | D | Int./Div. | O | T | | | | | |
| 23. Scott F. Young IRAs | | | | | | | | | |
| 24. -Large Cap Fund (SLGAX) | A | Int./Div. | M | T | | | | | |
| 25. - Mid-cap Fund (SEMCX) | A | Int./Div. | K | T | Buy | 03/01/17 | K | | |
| 26. -International Equity Fund (SEITX) | B | Int./Div. | L | T | | | | | |
| 27. -Large Cap Growth Fund (SELCX) | A | Int./Div. | | | Sold | 03/01/17 | K | | |
| 28. -Large Cap Value Fund (TRMVX) | A | Int./Div. | | | Sold | 03/01/17 | K | | |
| 29. -Small Cap Fund (SLLAX) | A | Int./Div. | K | T | | | | | |
| 30. - S&P 500 Index Fund (SSPIX) | A | Int./Div. | K | T | Buy | 03/01/17 | K | | |
| 31. -Core Fixed Income Fund (TRLVX) | A | Int./Div. | K | T | | | | | |
| 32. -Emerging Mkts Equity Fund (SIEMX) | A | Int./Div. | K | T | | | | | |
| 33. -Real Returns Fund (SRAAX) | A | | | | Sold | 03/01/17 | J | | |
| 34. -Multi-Strategy Alt Fund (SMSAX) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -High Yield Bond Fund (SHYAX) | B | Int./Div. | K | T | | | | | |
| 36. -Emerging Mkts Debt Fund (SITEX) | B | Int./Div. | K | T | | | | | |
| 37. -Government Fund (SEOXX) | A | Int./Div. | J | T | | | | | |
| 38. -Multi-Asset Accum Fund (SAAAX) | A | Int./Div. | L | T | | | | | |
| 39. -Multi-Asset Inflation Managed Fund (SIFAX) | A | Int./Div. | K | T | | | | | |
| 40. -US Fixed Income Fund (SUFAX) | A | Int./Div. | K | T | | | | | |
| 41. -Dynamic Asset Alloc Fund (SDYAX) | A | Int./Div. | K | T | | | | | |
| 42. -Multi-Asset Income Fund (SIOAX) | A | Int./Div. | J | T | | | | | |
| 43. Sentry Financial Corporation | | None | P2 | U | | | | | |
| 44. Sentry Capital Co. | G | Int./Div. | N | U | | | | | |
| 45. Sentry Investments | A | Int./Div. | P1 | U | | | | | |
| 46. Sentry Investments II | F | Int./Div. | M | U | | | | | |
| 47. Sentry Investments III | A | Int./Div. | J | U | Open | 08/07/17 | J | | |
| 48. SLC Innovation District I, LLC | A | Int./Div. | J | U | Open | 08/07/17 | J | | |
| 49. Liberty Park Pulp LLC | A | Int./Div. | J | U | Open | 12/19/17 | J | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McHugh, Carolyn B. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In preparing this year's report, I now realiize the fund reported on Line 39 of the May 11, 2016 (2015 Annual Report), contained a typographical error in the bond acronym. The fund was reported as Multi-Asset Int'l Fund (SUFAX), but should have properly been labeled Multi-Asset Inflation Managed Fund (SIFAX). When preparing the May 11, 2017 (2016 Annual Report) the SIFAX and SUFAX accounts were properly reported. Your audit letter of September 14, 2017, identified a missing SUFAX fund which in actuality had been correctly listed as a SIFAX account in the Annual Report. Unfortunately, in response to the audit letter, the fictional SUFAX account was reinserted. There is now and always has been only ONE SUFAX account and ONE SIFAX account. This year's report is correct.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Carolyn B. McHugh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544